**Opinion issued August 8, 2023**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-23-00486-CV

————————————

## IN RE JAJWK, LLC AND JAJWK, LP, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, JAJWK LLC and JAJWK LP, have filed a petition for writ of mandamus challenging the trial court's post-judgment "Order to Transfer and Sale" signed on June 26, 2023.[1] We deny the petition. We lift the stay imposed by our July 14, 2023 order. Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

---

[1]     The underlying case is *Primeway Federal Credit Union v. Baber Naeem, Matthew Favard, Emperial Motor Sales, LLC, and Texas Department of Motor Vehicles*, cause number 2020-79495, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.